UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MISSOURI
EASTERN DIVISION

SHEET METAL LOCAL 36 WELFARE FUND, )
et al., )
 )
    Plaintiff(s), )
 )
v. ) No. 4:09CV01249 ERW
 )
AIR MEDICS, INC., )
 )
    Defendant(s). )

### ORDER OF HEARING

This matter comes before the Court on Plaintiffs' Motion for Partial Default Judgment [doc. #5] as to Defendant Air Medics, Inc. Entry of Default was issued by the Clerk of Court on November 10, 2009 [doc. #7]. A Default Hearing will be held on December 17, 2009, for the purpose of granting Plaintiffs' Motion.

**IT IS HEREBY ORDERED** that Plaintiffs' counsel and Darin J. Arnold, or a legal representative for Air Medics, Inc., shall appear before this Court for a Default Hearing on **December 17, 2009**, at **10:30 a.m.** This hearing will be held in Courtroom 12 South of the United States District Court in St. Louis, Missouri. Defendant is put on notice that judgment will likely be entered at that time against said Defendant.

**IT IS FURTHER ORDERED** that a copy of this Order be sent by U.S. and Certified Mail to Darin J. Arnold, Registered Agent, Air Medics, Inc., 1999 Wilmes Road, Wentzville, Missouri 63385.

So Ordered this 17th day of November, 2009.

                                          _____
                                          E. RICHARD WEBBER
                                          UNITED STATES DISTRICT JUDGE