UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC 2 1 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL LOCAL 36 WELFARE FUND, et al. | ) ) ) |
| Plaintiffs, | ) Cause No.: 4:09-CV-1249 ) |
| vs. | ) ) |
| AIR MEDICS, INC., | ) ) |
| Defendant. | ) ) |

## PARTIAL DEFAULT JUDGMENT

This matter is before the Court on Plaintiffs' Motion for Partial Default Judgment against Defendant Air Medics, Inc.

After careful consideration of the motion and the record in this case, it appearing that Defendant Air Medics, Inc. has failed to plead or otherwise defend in this action, that the Clerk has previously entered a default against Defendant Air Medics, Inc., and that to accurately determine the amount of Plaintiffs' claim, an audit and accounting of Defendant Air Medics, Inc. is required,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs have judgment against Defendant Air Medics, Inc. for all unpaid contributions, interest and liquidated damages on all unpaid and late-paid contributions, and attorney's fees and costs for the months of May 2009 through the present.

IT IS FURTHER ORDERED that Plaintiffs have judgment against Defendant Air Medics, Inc. for $92,619.25, that is still due under the parties' Payment Agreement, plus interest

and liquidated damages that would have continued to accrue, plus attorneys' fees and costs incurred in collection.

IT IS FURTHER ORDERED that Plaintiffs have judgment against Defendant Air Medics, Inc. for an accounting and audit to determine the amount of contributions owed to the Plaintiffs as well as any interest and liquidated damages.

IT IS FURTHER ORDERED that Defendant Air Medics, Inc. shall produce the following documents covering the months of May 2009 through the present at the office of Plaintiffs' counsel, Schuchat, Cook and Werner, 1221 Locust Street, Second Floor, St. Louis, Missouri 63103, no later than 5 p.m. eleven days after the date of this Judgment and Order:

* Any remittance reports;
* Any employee sign in or hour sheets;
* Any proof of payment of wages;
* Records of work completed by employees;
* Federal Form 941's and Form W-2's;
* Federal Form 1096's and 1099's;
* Quarterly unemployment records;
* Employee earnings records for all employees;
* Payroll journals;
* General and payroll disbursement records/bank statements/canceled checks;
* Employee time cards;
* Union reports for all unions reported to in order to verify job descriptions for union employees; and
* Any other documents showing the hours worked by or wages paid to union employees.

DATED THIS 21st day of December, 2009

_____
Honorable E. Richard Webber
United States District Judge

387702.WPD